RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
DAVID M. GRUEN, CA Bar No. 260209
david.gruen@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
CBC RESTAURANT CORP.

J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEKA HARZALLAH, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CBC RESTAURANT CORP. d/b/a CORNER BAKERY CAFE, a Delaware corporation; JENNY [LAST NAME UNKNOWN], an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00418-MWF-JPR<br><br>**ORDER RE: JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: April 5, 2019<br>Trial Date: August 10, 2021<br>District Judge: Hon. Michael W. Fitzgerald<br>　　　　　　Courtroom 5A, First St.<br>Magistrate Judge: Hon. Jean P. Rosenbluth<br>　　　　　　Courtroom 540, Roybal |

# ORDER

The Court has reviewed the parties' joint stipulation to remand this action to the Superior Court of California, County of Los Angeles.

The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The parties' stipulation is approved.
2. All dates and deadlines are hereby vacated and the above-entitled lawsuit is hereby remanded to the Superior Court of the State of California, County of Los Angeles.
3. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order, although this stipulation shall not preclude the parties from recovery of attorneys' fees and costs incurred while this Action was pending before this Court in a potential future application for attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 22, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

46416623.1